APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/15/2021
The Clerk of Court is respectfully directed to close the case.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MOUSTAFA AWAD,

                            Plaintiff,

              - against -

MARK43, INC. and ANDREW YI

                         Defendants.

---------------------------------------------------------------X

Case No. 1:21-cv-07886-VSB

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that the above-entitled action be and hereby is dismissed and discontinued in its entirety with prejudice and without costs or attorneys' fees to any party as against any other party.

Dated: New York, New York
         October 28, 2021

KRAMER LEVIN NAFTALIS
& FRANKEL LLP

By: _____
    Kevin B. Leblang

1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants Mark43, Inc. and Andrew Yi*

SHNAYDER LAW LLC

By: _____
    Erica Shnayder

89 Headquarters Plaza North
Suite 1421
Morristown, NJ 07960
(973) 714-1515

*Attorneys for Plaintiff Moustafa Awad*